# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

February 10, 2004

**Before**

Hon. ILANA DIAMOND ROVNER, *Circuit Judge*

Hon. TERENCE T. EVANS, *Circuit Judge*

Hon. ANN CLAIRE WILLIAMS, *Circuit Judge*

No. 02-1113

FRANK THOMAS,

      *Plaintiff-Appellant,*

v.

LAW FIRM OF SIMPSON CYBAK, et al.,

      *Defendants-Appellees.*

Appeal from the United States District
Court for the Northern District
of Illinois, Eastern Division

No. 00 CV 8211

David H. Coar,
*Judge.*

## ORDER

The panel's January 13, 2004 opinion and judgment are vacated. A new opinion will be issued at a later date.